**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-7467**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

FLOYD JUNIOR "DICK" POWELL,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Richard L. Voorhees, District Judge.  (CR-99-12)

_____

Submitted: November 6, 2003      Decided: November 20, 2003

_____

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Floyd Junior "Dick" Powell, Appellant Pro Se.  Gretchen C.F. Shappert, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Floyd Junior "Dick" Powell appeals the district court's order denying his motion to stay the sale of forfeited real property. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Powell, No. CR-99-12 (W.D.N.C. Aug. 29, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED